1  THE BICKEL LAW FIRM, INC.
   Brian J. Bickel, State Bar No. 205646
2  Brian K. Cline, State Bar No. 246747
   Larry W. Chae, State Bar No. 268979            JS-6
3  larrychae@bickellawfirm.com
   750 B Street, Suite 1950
4  San Diego, California 92101
   Telephone:  (619) 374-4100
5  Facsimile:  (619) 231-9040

6  Attorneys for Plaintiffs ADRIAN FERNANDEZ
   and CYNTHIA HERNANDEZ
7

8                  UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

10

11 ADRIAN FERNANDEZ and          )  Case No. ED CV 11-00884 VAP (OPx)
   CYNTHIA HERNANDEZ,            )
12                               )  [Action Commenced: March 11, 2011]
                    Plaintiffs,  )
13                               )
      vs.                        )  ORDER DISMISSING THE ACTION
14                               )
   GENERAL MOTORS, LLC, and DOE  )  Hon. Virginia A. Phillips
15 1 through DOE 10 inclusive,   )
                                 )
16                  Defendants,  )
   _____ )
17

18      GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is

19 hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

20

21

22 Date: August _26__, 2011        _____
                                   Honorable Virginia A. Phillips
23

24

25

26

27

28

                                 1